UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS; and PLANNED PARENTHOOD OF THE HEARTLAND,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX MICHAEL AZAR II in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>Defendants. | NO. 2:18-cv-00055<br><br>DECLARATION OF DR. MELINDA GIOVENGO ON BEHALF OF YOUTHCARE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |

## **DECLARATION OF DR. MELINDA GIOVENGO**
## **ON BEHALF OF YOUTHCARE**

I, Dr. Melinda Giovengo, on behalf of YouthCare, hereby declare the following under penalty of perjury:

1. I am the Chief Executive Officer & President of YouthCare. YouthCare is a not-for-profit corporation organized under the laws of Washington. YouthCare serves homeless youth ages 12 to 24 in the Greater Seattle Area. YouthCare provides outreach, basic services, emergency shelter, housing, counseling, education, and employment training.

2. This declaration is based upon my personal knowledge, my review of YouthCare's business records, and the knowledge I have acquired in the course of my duties with YouthCare. If called and sworn as a witness, I could and would testify competently thereto.

3. A majority of individuals served by YouthCare are youth of color

and/or identify as LGBTQ; and they are disproportionately impacted by sexual violence, trauma, and exploitation. Prior to encountering YouthCare, many have received little, or no, sexual education.

4. YouthCare partnered with Planned Parenthood of the Great Northwest and the Hawaiian Islands (PPGNHI) to deliver to youth and staff a Teen Pregnancy Prevention Program (TPPP) called Stronger Together.

5. The TPPP is an evidence-based sexual health program that teaches youth about their sexuality, anatomy and physiology, contraception, and sexually transmitted infections. The TPPP training approaches the subject matter through a positive lens, and creates a safe and judgment-free space for youth to learn without shame.

6. Through Stronger Together, YouthCare and PPGNHI were able to provide YouthCare staff with comprehensive training, and were working to build a customized curriculum tailored to the unique needs of minors experiencing homelessness.

7. Planned Parenthood has been a diligent partner in customizing a curriculum that is inclusive to all of the youth we serve, with a focus on three key areas: increasing condom usage, increasing communication and agency in sexual encounters, and decreasing alcohol use. This shared work has been critical to prioritizing sexual education at YouthCare and giving young people the space and support to explore their bodies and values.

8. Based on the success of its initial sessions, YouthCare, through its partnership with Planned Parenthood, planned to continue regularly scheduled sessions of the Stronger Together program.

9. If YouthCare loses the benefit of this partnership, the program will terminate.

1
2     Dated:  March 13, 2018        By:    /s/ Dr. Melinda Giovengo
3                                                           Melinda Giovengo, PhD
4                                                           CEO & President, YouthCare
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28