UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; PLANNED PARENTHOOD OF THE GREAT NORTHWEST AND THE HAWAIIAN ISLANDS; and PLANNED PARENTHOOD OF THE HEARTLAND,<br><br>                              Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX MICHAEL AZAR II in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>                              Defendants. | NO. 2:18-CV-0055-TOR<br><br>ORDER FOR ENTRY OF FINAL JUDGMENT |

BEFORE THE COURT is the issue of whether Final Judgment should be entered. The Court has reviewed the record and files herein, and is fully informed.

ORDER FOR ENTRY OF FINAL JUDGMENT ~ 1

On February 15, 2018, Plaintiffs Planned Parenthood filed this Complaint against Defendants United States Department of Health and Human Services ("HHS") and the Secretary of HHS, Alex Michael Azar II.  ECF No. 1.  Plaintiffs sought to prevent and declare unlawful HHS's decision to terminate Plaintiffs' grant agreements and end the Teen Pregnancy Prevent Program ("TPP Program").  *Id.* at ¶ 1.  Plaintiffs asserted claims for declaratory and injunctive relief under the Administrative Procedure Act ("APA"), Establishment Clause, and Due Process Clause.  *Id.* at ¶¶ 100-31.

On April 24, 2018, the Court granted a Permanent Injunction and dismissed Plaintiffs' Establishment Clause Claim without prejudice and with leave to amend.  ECF No. 36.

On June 19, 2018, a status conference was held and the parties agreed that final judgment should be entered in this case.  Defendants stated that HHS is on target to issue continuation awards by July 1, 2018.  Plaintiffs asserted that they do not intend to file an amended complaint regarding the Establishment Clause Claim.  There are then no remaining issues for the Court to resolve and final judgment is appropriate.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The District Court Executive is directed to enter judgment in favor of all Plaintiffs based upon the Court's Order at ECF No. 36.

ORDER FOR ENTRY OF FINAL JUDGMENT ~ 2

2.  The Court will retain continuing jurisdiction over this matter for the limited purpose of enforcing the Permanent Injunction.

The District Court Executive is directed to enter this Order, furnish copies to counsel and **CLOSE** the file.

**DATED** June 19, 2018.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER FOR ENTRY OF FINAL JUDGMENT ~ 3