# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| PLANNED PARENTHOOD OF GREATER WASHINGTON AND NORTH IDAHO; et. al., <br> *Plaintiff* <br> v. <br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and ALEX MICHAEL AZAR II in his official capacity as Secretary of the U.S. Department of Health and Human Services, <br> *Defendant* | Civil Action No. 2:18-CV-0055-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Permanent Injunction is GRANTED, ECF No. 36, and Final Judgment is entered for all plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a plaintiffs motion for preliminary injunction ECF No. 24, which was converted to a final injunction.

Date: June 19, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen